**22**

487 P.2d 1092

Thomas CHAFFINS, Petitioner,

v.

JELCO INCORPORATED, a corporation, and Industrial Indemnity Insurance Company, Defendants.

No. 9282.

Supreme Court of New Mexico.

July 21, 1971.

Further ordered that this cause be remanded to the Court of Appeals for such further proceedings therein as may be proper, and the record of Court of Appeals Cause No. 538, 82 N.M. 666, 486 P.2d 75 be and the same is hereby returned to the Clerk of the Court of Appeals.

487 P.2d 1092

WESTLAND CORPORATION, Respondent,

v.

COMMISSIONER OF REVENUE, Petitioner.

No. 9293.

Supreme Court of New Mexico.

July 21, 1971.

Further ordered that the record in Court of Appeals Cause No. 523, 83 N.M. 29, 487 P.2d 1099 be and the same is hereby returned to the Clerk of the Court of Appeals.

487 P.2d 1092

Melcor TAFOYA and Sabina Tafoya, his wife, Petitioners,

v.

Bobby WHITSON, Respondent.

No. 9306.

Supreme Court of New Mexico.

Aug. 12, 1971.

Further ordered that the record in Court of Appeals Cause No. 544, 83 N.M. 23, 487 P.2d 1093, be and the same is hereby returned to the Clerk of the Court of Appeals.